**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
RANDY K. BARKER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RANDY K. BARKER,<br><br>　　　　Defendant.<br>_____ | No.:  CR-S 12-0266 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

　　　　IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Jared Dolan, Assistant United States Attorney, and RANDY K. BARKER, through his counsel of record, Joseph J. Wiseman, with the recommendation of the office of Pretrial Services, that the defendant's conditions of pretrial release be modified as follows:  the defendant shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  Further, defendant shall pay all or part of the costs of the counseling services based upon ability to pay, as determined by the pretrial services officer.

Defendant is agreeable to the recommended modifications to the conditions of his pretrial release.

All other conditions of release shall remain as previously set.

Dated: September 6, 2012  Respectfully submitted,

JOSEPH J. WISEMAN, P.C.


By: ____/s/ Joseph J. Wiseman_____
    JOSEPH J. WISEMAN
    Attorney for Defendant
    RANDY K. BARKER


Dated:  September 6, 2012  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jared Dolan
    JARED DOLAN
    Assistant U.S. Attorneys
    Attorney for the United States


## ORDER

Pursuant to the stipulation of the parties, and for GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the defendant's conditions of pretrial release be modified such that the defendant shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  It is further ordered that defendant shall pay all or part of the costs of the counseling services based upon his ability to pay, as determined by the pretrial services officer.


Dated: September 6, 2012    /S/ Gregory G. Hollows
    GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE