```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW G. MORRIS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:12-cr-00266-WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION TO DISMISS INDICTMENT ) WITH RESPECT TO DEFENDANT ) TAMARA M. BARKER |
| RANDY K. BARKER, and TAMARA M. BARKER, | ) |
| Defendants. | ) |

The United States, by and through undersigned counsel, hereby moves the Court, under Federal Rule of Criminal Procedure 48(a), to dismiss the indictment with respect to defendant TAMARA M. BARKER for the following reasons:

    1.  On August 21, 2012, the Butte County Coroner's Office declared TAMARA M. BARKER to be deceased.

    2.  The government received a copy of the Coroner's report in this matter on September 4, 2012. A redacted copy of that report is attached hereto as Exhibit A.

\\\

\\\

1

3. Accordingly, the United States moves the Court to dismiss the indictment against the defendant TAMARA M. BARKER in this matter.

Dated: September 4, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew G. Morris
By: MATTHEW G. MORRIS
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: September 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE