UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RANDY BARKER,<br><br>    Defendant. | No.   2:12-cr-266 KJM<br><br>ORDER APPOINTING COUNSEL |

Attorney Krista Hart is hereby appointed pursuant to the Criminal Justice Act to represent Randy Barker in the District Court.

DATED: October 21, 2013.

UNITED STATES DISTRICT JUDGE

1